does not lie, plaintiffs previously having moved for leave to appeal to the Court of Appeals from the January 2006 Appellate Division order from which leave to appeal is currently sought (7 NY3d 921 [2006]). Moreover, no motion by plaintiffs for leave to appeal would lie to the Court of Appeals from the July 2011 Supreme Court judgment to bring up for review the January 2006 Appellate Division order as plaintiffs have appealed that judgment to the Appellate Division and simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753 [1974]).

In the Matter of EDDIE JAMES LEE, Appellant, v MOHAWK TIME ALLOWANCE COMMITTEE et al., Respondents. (And Another Action.)

Submitted October 11, 2011; decided December 13, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of O., Respondent, v M., Appellant.

Submitted November 21, 2011; decided December 13, 2011

Reported below, 88 AD3d 797.

Motion for leave to appeal granted. Motion for a stay granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. COFFEY JR., Appellant.

Submitted November 7, 2011; decided December 13, 2011

Reported below, 77 AD3d 1202.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN O. COOPER, Appellant.

Submitted December 5, 2011; decided December 13, 2011

Reported below, 85 AD3d 1594.